IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHORES OF PANAMA, INC., A
FLORIDA CORPORATION,
CHARLES BRELAND, AN
INDIVIDUAL, THE CLUB AT
SHORES OF PANAMA, INC., A
FLORIDA CORPORATION,
SHORES BEACH SERVICES,
LLC, A FLORIDA LIMITED
LIABILITY COMPANY, SHORES
OF PANAMA RESTAURANT
HOLDINGS, LLC, A FLORIDA
LIMITED LIABILITY
COMPANY, AND BB
COMMUNICATIONS, LLC, A
FLORIDA LIMITED LIABILITY
COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5032

        Petitioners,

v.

PARK NATIONAL
CORPORATION, AN OHIO
BANKING CORPORATION,
VISION BANK, A DISSOLVED
FLORIDA BANKING
CORPORATION, AND SE
PROPERTY HOLDINGS, LLC,
AN OHIO LIMITED LIABILITY
COMPANY,

        Respondents.

_____/

Opinion filed January 9, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

David H. Simmons, Daniel J. O'Malley, and Brett J. Miller of de Beaubien, Knight, Simmons, Mantzaris & Neal, LLP, Orlando, for Petitioners.

Theodore R. Howell and Brian D. Leebrick of Barron & Redding, P.A., Panama City, for Respondents.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.